

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00905-CV

London **THOMAS**,
Appellant

v.

**THE PLACE AT OAK HILLS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV04877
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed for want of prosecution**. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

SIGNED February 14, 2024.

_____
Patricia O. Alvarez, Justice